UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| ALEJANDRO HUERTA PICHARDO, ) | |
| ) | |
| Plaintiff ) | |
| vs. ) | Case No. 2:12-cv-02875-SLB |
| ) | |
| LIN'S DYNASTY, INC., et al., ) | |
| ) | |
| Defendants ) | |

## **O R D E R**

On May 21, 2014, the magistrate judge's report and recommendation was entered and the parties were allowed therein fourteen (14) days in which to file objections to the recommendations made by the magistrate judge. No objections to the magistrate judge's report and recommendation have been filed by plaintiff or defendants.

After careful consideration of the record in this case and the magistrate judge's report and recommendation, the court hereby ADOPTS the report of the magistrate judge. The court further ACCEPTS the recommendations of the magistrate judge. Therefore, it is **ORDERED** that the Motion for Partial Summary Judgment filed by plaintiff is due to be and hereby is **GRANTED** as to plaintiff's claim that defendants failed to pay plaintiff overtime during the time he was employed by the defendants. The exact amount of overtime due and the willfulness of these violations are issues of fact not yet established and will be the subject of a trial to be set at a later date.

The Clerk is **DIRECTED** to reassign this action to the undersigned for all further proceedings.

DONE this 10th day of July, 2014.

*/s/ Sharon Lovelace Blackburn*
SHARON LOVELACE BLACKBURN
UNITED STATES DISTRICT JUDGE